

1  Sarah Countryman
2  Matthew Countryman
3  sae.countryman@outlook.com
4  mcountryman0158@gmail.com
5  ███████████████
6  Richmond, Virginia 23225
7  +1 (706) 767-3747

8
# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

9   SARAH COUNTRYMAN
10  MATTHEW COUNTRYMAN
11          Plaintiffs,

CASE NO. 8:22-CV-01117-CJC-ADSx

12  vs.

13  KIA MOTORS AMERICA INC
14  HYMAN BROS NISSAN KIA
15          Defendants.

**COMPLAINT**

**JURY TRIAL DEMANDED**

16              **PLAINTIFFS' COMPLAINT**

17      **COME NOW** before this United States District Court for the Central

18  District of California, Southern Division, PLAINTIFFS, Sarah Countryman

19  and Matthew Countryman, and hereby file this Complaint against

20  DEFENDANTS, KIA MOTORS AMERICA INC and HYMAN BROS NISSAN

21  KIA:

## JURISDICTION

1.    The Complaint herein is subject to the jurisdiction of the United States Court, because it raises a question of federal law, specifically 49 U.S.C. §30118–§30121 (hereinafter "Manufacturer's mandate"), and 49 C.F.R. §573 (hereinafter "Dealer's mandate"), which together require motor vehicle manufacturers and their dealers to correct, at their own expense, those inherent operational defects in their products which have been deemed by the Department of Transportation to pose a risk to public safety.

2.    As part of these mandates, 49 U.S.C. §30121(d) (2022) statutorily requires that any complaint against a manufacturer's defect must be brought before the United States District Court in the District where the manufacturer is incorporated.

3.    Plaintiffs are the proper and legal owners or operators of a motor vehicle, to wit, a 2016 KIA Soul™, uniquely identifiable by its Vehicle Identification Number, or VIN, #KNDJN2A28G7405171, and hereinafter referred to as "the Vehicle," manufactured by KIA MOTORS AMERICA INC.

4.    KIA MOTORS AMERICA INC is incorporated in Irvine, California, which falls within the jurisdiction of this United States District Court for the Central District of California, Southern Division.

## BACKGROUND

5.    **Exhibit A**, attached herein, is a public notice of the recall initiative to remedy one such defect (hereinafter "Recall 19V120") published

1  and distributed by KIA MOTORS AMERICA INC on 04-16-2019, and is a

2  public record issued as part of a legal duty to report, pursuant to 49 U.S.C.

3  §30119.

4      **6.**    This defect is caused by the failure of the catalytic overheating

5  protection (COP) logic within the engine's electronic control unit (ECU) to

6  properly regulate the exhaust handled by the vehicle's catalytic converter. This

7  failure causes metal particulates from the catalytic converter to accumulate

8  within the engine, resulting in abnormal cylinder firing and the significantly

9  increased risk of engine fire or other catastrophic failure (*see* Exhibit A).

10      **7.**    The notice states that to conform to federal safety standards, all

11  three of the following actions must be taken when the vehicle is presented for

12  remedy: (1) the COP logic must be upgraded or the ECU replaced, (2) the

13  engine must be replaced if damaged, and (3) the catalytic converter must be

14  replaced if damaged (*see* Exhibit A).

15      **8.**    The Vehicle was subject to Recall #19V120.

16      **9.**    HYMAN BROS NISSAN KIA is a motor vehicle dealership

17  incorporated in Chesterfield County, Virginia, and is the dealership which

18  serviced the Vehicle.

19      **10.**    Plaintiffs are the sole persons who have been harmed by

20  Defendants, and are the sole parties entitled to seek relief on the claims herein

21  described.

## SERVICING OF THE RECALL

**11.** **Exhibit B**, attached herein, is a receipt of service originated by HYMAN BROS NISSAN KIA dated 11-18-2021, and is a type of record which the business regularly produces as a matter of course.

**12.** This receipt shows that Plaintiffs first presented the Vehicle to HYMAN BROS NISSAN KIA in Chesterfield County, Virginia, for servicing of Recall #19V120 on 10-14-2021. HYMAN BROS NISSAN KIA then delivered the Vehicle after this first servicing to Plaintiffs on 11-18-2021 (*see* Exhibit B).

**13.** Exhibit B shows that, as of 11-18-2021, HYMAN BROS NISSAN KIA had corrected the COP logic and replaced the engine; but *did not* perform any examination of the Vehicle's catalytic converter or replacement thereof.

**14.** Plaintiffs then drove the Vehicle for approximately 5,133 miles, after which point, on 02-08-2022, the Vehicle suffered an engine failure while being driven in heavy traffic. Plaintiffs immediately presented the Vehicle to HYMAN BROS NISSAN KIA for servicing, for a second time.

**15.** **Exhibit C**, attached herein, is a receipt of service originated by HYMAN BROS NISSAN KIA dated 05-17-2022, and is the same type of record which the business regularly produces as a matter of course as in Exhibit B.

**16.** This receipt shows that Plaintiffs presented the Vehicle to HYMAN BROS NISSAN KIA for servicing for a second time and was accepted on 02-09-2022. HYMAN BROS NISSAN KIA then delivered the Vehicle after this second servicing to Plaintiffs on 05-17-2022 (*see* Exhibit C).

17.  Exhibit C shows that, as of 05-17-2022, HYMAN BROS NISSAN KIA had replaced the engine for the second time, and replaced the catalytic converter for the *first* time, thereby effectively completing the servicing of Recall #19V120 on the Vehicle.

### PLAINTIFFS' CLAIM AGAINST DEFENDANTS

18.  49 U.S.C. §30120(c)(2) states:

> "Failure to repair a motor vehicle or replacement
> equipment adequately not later than 60 days after
> its presentation is prima facie evidence of failure to
> repair within a reasonable time."

19.  The Vehicle was in the possession of HYMAN BROS NISSAN KIA for a cumulative total of 133 days after its first presentation.

20.  The Vehicle was made to conform under the Manufacturer's mandate on 05-17-2022, a total of 215 calendar days after the Vehicle was first presented for servicing of Recall #19V120.

21.  Either of these numbers is greater than 60; therefore, KIA MOTORS AMERICA INC failed to comply with the Manufacturer's mandate.

22.  Furthermore, 49 U.S.C. §573.11(a)(1) prohibits any dealer from delivering any vehicle to a consumer without having first remedied all known defects subject to a recall under the Manufacturer's mandate.

23.  According to the statement issued by KIA MOTORS AMERICA INC in compliance with 49 U.S.C. §30119 (*see* Exhibit A), all three of the

1  component systems described in the notice must be repaired or found not to

2  need repair.

3      **24.**    Because HYMAN BROS NISSAN KIA had failed to examine the

4  catalytic converter for damage when they released the Vehicle to Plaintiffs on

5  11-18-2021, not all three of the component systems described in the

6  manufacturer's notice had been repaired or found not to need repair.

7      **25.**    HYMAN BROS NISSAN KIA therefore delivered the Vehicle to

8  Plaintiffs on 11-18-2021 after its first presentation *without having remedied*

9  *the defect* (*see* Exhibit B).

10      **26.**    Therefore, HYMAN BROS NISSAN KIA failed to comply with the

11  Dealer's mandate.

12                    **PLAINTIFFS' DEMAND FOR RELIEF**

13      **27.**    Plaintiffs acknowledge that pursuant to 49 U.S.C.

14  §30120(c)(1)(A), the prescribed legal relief for failing to service a defect under

15  these mandates, and within "a reasonable amount of time," is simply to service

16  the defect. This statute can be satisfied by means of (1) repair, (2) replacement,

17  or (3) refund.

18      **28.**    As of 05-17-2022, the Vehicle has now indeed been serviced such

19  that it complies with the Manufacturer's mandate. Plaintiffs, however, find

20  this relief grossly insufficient, for the following reasons:

21      **29.**    (1)    HYMAN BROS NISSAN KIA first delivered the

22  Vehicle to Plaintiffs on 11-18-2021, which Plaintiffs accepted in

1   good faith; but the Vehicle was at this time unsafe for use;

2   **30.**   (2)   KIA MOTORS AMERICA INC and HYMAN BROS

3   NISSAN KIA spent almost four times the maximum prescribed

4   time to remedy the defect in the Vehicle;

5   **31.**   (3)   Plaintiffs have made in payment, on the loan for the

6   Vehicle, $1,165.86, while the Vehicle was being serviced and was

7   unavailable for use;

8   **32.**   (4)   The initial failure to properly remedy the defect

9   resulted in the Vehicle being sequestered for a second, and

10   completely unnecessary servicing, lasting 98 extra days, between

11   02-09-2022 and 05-17-2022, during which time Plaintiffs were

12   unable to use the Vehicle;

13   **33.**   (5)   Because Plaintiffs' sole employment is as a delivery

14   driver for DOMINO'S PIZZA INC, Plaintiffs rely entirely on the

15   Vehicle for maintaining employment;

16   **34.**   (6)   Furthermore, HYMAN BROS NISSAN KIA failed to

17   provide a promise date earlier than 04-29-2022 (*see* Exhibit C).

18   For the nearly three-month duration of the Vehicle's second

19   servicing, HYMAN BROS NISSAN KIA continually extended the

20   promise date every 7-10 business days from each instance

21   Plaintiffs requested a promised date.

Complaint • Motor Vehicle Defect

1    **35.**   (7)   Plaintiffs therefore had no reasonable alternative

2    than to wait for the Vehicle to be serviced.

3    **36.**   **Exhibit D**, attached herein, shows a confidential payment report

4    of transactions between Plaintiffs and KIA MOTORS AMERICA INC, and is a

5    type of record which the business regularly produces as a matter of course.

6    **37.**   Plaintiffs have, in good faith, paid in principal to KIA MOTORS

7    AMERICA INC, to date, $22,539.97—including $1,165.86 paid while the

8    Vehicle was being serviced—, or 89% of the original $25,259.99 principal due

9    (*see* Exhibit D), on Plaintiffs' loan for the Vehicle.

10    **38.**   Plaintiffs find that 89% of principal paid demonstrates adequate

11    compensation for a motor vehicle found to have been made with a defect that,

12    according to the Secretary of Transportation, affects public safety.

13    **39.**   Plaintiffs have made multiple attempts to resolve this dispute

14    before resorting to litigation through the official channels of both KIA

15    MOTORS AMERICA INC and HYMAN BROS NISSAN KIA.

16    **40.**   As of the date of Plaintiffs' having filed this Complaint, KIA

17    MOTORS AMERICA INC and HYMAN BROS NISSAN KIA have failed to

18    provide Plaintiffs with any response to Plaintiffs' inquiries or applications for

19    reimbursement.

20    **41.**   All other official channels for the resolution of this dispute have

21    been exhausted; therefore Plaintiffs therefore see no hope of settlement on the

22    claims described herein without bringing civil action in this Court.

1   **Plaintiffs hereby demand relief in the following amounts:**

2       (A)   $1,165.86, for the payments made towards this principal by

3               Plaintiffs while the vehicle was being serviced, as shown in

4               Exhibit D;

5       (B)   $2,720.02, for the remaining outstanding balance of principal on

6               Plaintiffs' loan for the Vehicle, as shown in Exhibit D;

7       (C)   $7,949.28,[1] for wages lost during the 98 days the Vehicle was

8               being serviced between 02-09-2022 and 05-17-2022;

9   for a total of $11,835.16, plus whatever other relief as the Court may deem.

10      Respectfully submitted this _3_ day of _June_ , 2022.

 

Sarah Countryman          Matthew Countryman

Richmond, VA 23225

---

[1] This figure is arrived at by using Plaintiffs' adjusted gross income (AGI) for tax year 2021 (*see* Plaintiff's Declaration in Support of Plaintiffs Application to Proceed In Forma Pauperis), multiplied by 98/365.

9

Complaint • Motor Vehicle Defect



**Kia Motors America, Inc.**
**Corporate Headquarters**
111 Peters Canyon Road, Irvine, CA 92606-1790 USA

**IMPORTANT SAFETY RECALL**
(NHTSA Recall Number: 19V120)
This notice applies to your vehicle: (Insert VIN)

April 16, 2019

Dear Kia Soul Owner:

**Kia has identified a defect in your vehicle which relates to motor vehicle safety.**

This notice is sent to you in accordance with the requirements of the National Traffic and Motor Vehicle Safety Act. Kia Motors has decided that a defect which relates to motor vehicle safety exists in the 2012-2016 MY Kia Soul vehicles equipped with the 1.6L Gasoline Direct Injection (GDI) engine. The defect may cause damage to the catalytic converter due to overheating, resulting in abnormal engine combustion and damage to the engine pistons. Piston damage can result in a stall, increasing the risk of a crash. If a piston rod breaks and punctures the engine block, oil can escape, increasing the risk of a fire.

**What Is The Problem?**

Under certain conditions, the catalytic converter may become damaged due to overheating caused by an excessive increase of exhaust gas temperatures. If the catalytic converter is damaged, substrate particles can enter the engine combustion chamber and cause abnormal engine combustion. Continuous abnormal engine combustion can result in damage to one or more of the engine's pistons which can cause piston rod breakage, potentially puncturing the engine block allowing engine oil to escape and potentially contact a hot exhaust surface. These conditions can increase the risk of an engine stall or fire.

**If this condition occurs, you may hear knocking noise from the engine and/or the Malfunction Indicator Lamp (MIL) 〔🔧〕 may illuminate.**

**Kia Will Upgrade the Catalytic Overheating Protection (COP) logic in the Engine Control Unit (ECU) and If Necessary Replace the Catalytic Converter and/or Engine at No Cost to You.**

Kia has advised its authorized dealers to upgrade the COP ECU logic to prevent overheating of the catalytic converter. The catalytic converter will also be replaced if it has been damaged. Depending on the extent of any damage, the engine may also be replaced. This work will be performed at Kia's expense at no cost to you. The time required to upgrade the COP ECU logic is approximately one (1) hour. Note that if the catalytic converter and/or the engine need to be replaced, additional time to complete the repair will be necessary. We recommend that you contact the dealer for an estimate of how long they may need the vehicle and schedule a service appointment to minimize inconvenience.

**What Should You Do**

- In the interest of the safety of your passengers, as well as your own safety, please immediately contact your Kia dealer to arrange for the recall repair to be conducted.

- To find your nearest dealer, visit www.kia.com and click the "Find Dealer" button in the upper right corner ("Dealers" on a mobile device). You can also use the QR code below with your mobile device to access this information *(see the bottom of this letter for more information about QR code use)*:

10
EXHIBIT A



## What If You Have Already Paid To Have This Situation Corrected?

If you have incurred expense to remedy this issue prior to the date of this notice, you may have the opportunity to obtain reimbursement for that expense. You may submit your receipts online to Kia via the Owners section of www.kia.com or mail your receipts with the attached Request for Reimbursement Form directly to Kia for review and consideration:

**Consumer Assistance Center**
**Kia Motors America, Inc**
**P.O. Box 52410**
**Irvine, CA  92619-2410**
**1-800-333-4542**

The Kia Consumer Assistance Center is available at the number listed above if you have any questions or require assistance in submitting your claim.

Pursuant to the General Reimbursement Plan issued by Kia pursuant to Federal Regulation 49 CFR 573.13, Kia will use its best efforts to respond to your claim within sixty (60) days of receipt and at that time Kia may either accept or reject that claim or it may request more information to evaluate the claim.

## Have You Changed Your Address Or Sold Your Kia?

If you have changed your home address, sold your Kia vehicle, or no longer own your vehicle, please complete the attached prepaid "Change of Address/Ownership" card and mail it to us. You can also contact the Consumer Assistance Center phone number listed above.

## What If You Are A Vehicle Lessor?

> **Federal regulation requires that any vehicle lessor receiving this recall notice must forward a copy of this notice to the lessee within ten days.**

## What If You Have Other Questions?

If your dealer does not respond to your service request in a timely manner, we suggest that you call Kia's Consumer Assistance Center at 1-800-333-4542. This number has TTY capability. If you still are not satisfied that we have remedied this situation without charge and within a reasonable amount of time, you may submit a complaint to the Administrator, National Highway Traffic Safety Administration, 1200 New Jersey Avenue, S.E., Washington, DC 20590; or call the toll free Vehicle Safety Hotline at 1-888-327-4236 (TTY: 1-800-424-9153); or go to http://www.safercar.gov.

This action has been taken in the interest of your safety, and we regret any inconvenience this situation may cause you.

Sincerely,

Consumer Affairs Department

CUSTOMER #: G7405171                    1255827                HymanBros.



                                                                        (804) 378 3000
                                        *INVOICE*        NISSAN  KIA     TOLL FREE
MATTHEW COUNTRYMAN                                                       (800) 447 3623
                                        DUPLICATE 1      P.O. BOX 637    FAX
RICHMOND, VA 23225                      PAGE 1           11841 MIDLOTHIAN TPK.   (804) 378 0249
HOME:706 767 3747 CONT:706 767 3747                     MIDLOTHIAN, VA 23113   (804) 378 0270
BUS:              CELL:706 767 3747    SERVICE ADVISOR: 25 GARY SHIVELY

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|--|-----|---------|------------------|-----|
| BLACK | 16 | KIA SOUL | | KNDJN2A28G7405171 | DLTFLYR | 86866/86879 | T674 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 01JAN22 DD | | | 17:00 14OCT21 | | | CASH | 18NOV21 |

| R.O. OPENED | READY |
|-------------|-------|
| 09:50 14OCT21 | 11:05 18NOV21 |

LINE OPCODE TECH TYPE HOURS                    LIST       NET      TOTAL
A CUST. STATES THE VEHICLE IS MAKING A KNOCKING NOISE COMING FROM THE
    ENGINE AND THE VEHICLE VIBRATES CHECK AND ADVISE
CAUSE: CHECK ENGINE LIGHT ON NOT WORKING TO FACTORY SPECS INTERNAL
    PARTS FAILURE
    21101R1G SHORT BLOCK/SHORT ENGINE ASSY, R&R
        (GAMMA 1.6L)
        108 KIAFULLTEAM,ALLTECHS LIC#: K/T
            WPK                                                      (N/C)
    1 UM016-CH123 THREEBOND 1217H (6)                                (N/C)
    3 5084S BRK CLEANER                                              (N/C)
    1 270N2-2BU01R REMAN SHORT ENGINE                                (N/C)
    1 20910 2BB03 GASKET KIT ENGINE OV                               (N/C)
   10 22321-2B700 BOLT-CYLINDER HEAD                                 (N/C)
   10 22322 2B701 WASHER CYLINDER HEAD                               (N/C)
    1 21350-2B703 COVER ASSY-TIMING CH                               (N/C)
    1 24410-2B700 TENSIONER ASSY-TIMIN                               (N/C)
    1 24350-2B600 CVVT ASSY                                          (N/C)
      24370-2B610 CVVT ASSY-EXH                                      (N/C)
    2 24361-25000 BOLT-CVVT                                          (N/C)
    4 35312-2G750 INJECTOR O-RING KIT                                (N/C)
    1 35305-2B000 FUEL TUBE ASSY                                     (N/C)
    4 11403 08406K BOLT                                              (N/C)
    2 11405-06206K BOLT-FLANGE                                       (N/C)
    4 35313 2B110 WASHER-INJECTOR BRKT                               (N/C)
    4 35309-2B110 CLIP-FUEL INJECTOR                                 (N/C)
    5 3600 5W30 VALVOLINE                                            (N/C)
    1 UM040-CH012 ANTIFREEZ/COOLANT(6)                               (N/C)
    2 24355-2B700 OIL CONTROL VALVE AS                               (N/C)
   10 22322-2B701 WASHER-CYLINDER HEAD                               (N/C)
    21101R20 adjust valves short block
        108 KIAFULLTEAM,ALLTECHS LIC#: K/T
            WPK                                                      (N/C)
    FC:
    PART#: 270N2-2BU01R

| STATEMENT OF DISCLAIMER | | DESCRIPTION | TOTALS |
|-------------------------|--|-------------|--------|
| The factory warranty constitutes all of the warranties with respect to the sale of | | LABOR AMOUNT | |
| this item/items. The Seller hereby expressly disclaims all warranties either | | PARTS AMOUNT | |
| express or implied, including any implied warranty of merchantability or fitness | | GAS, OIL, LUBE | |
| for a particular purpose. Seller neither assumes nor authorizes any other person | | SUBLET AMOUNT | |
| to assume for it any liability in connection with the sale of this item/items. | | MISC. CHARGES | |
| **I HEREBY ACKNOWLEDGE RECEIPT OF A COPY HEREOF.** | | TOTAL CHARGES | |
| | | LESS INSURANCE | |
| CUSTOMER SIGNATURE | | SALES TAX | |
| | | **PLEASE PAY THIS AMOUNT** | |

Copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 2  SI2C - IMAGING

**CUSTOMER COPY**

12

EXHIBIT B

CUSTOMER #: G7405171                    1255827              **HymanBros.**

                                        *INVOICE*            NISSAN KIA            (804) 378-3000
MATTHEW COUNTRYMAN                                                                TOLL FREE
                                                                                 (800) 447-3623
RICHMOND, VA 23225                      DUPLICATE 1          P.O. BOX 637         FAX
HOME:706-767-3747 CONT:706-767-3747     PAGE 2              11841 MIDLOTHIAN TPK.  (804) 378-0249
BUS:              CELL:706-767-3747                         MIDLOTHIAN, VA 23113  (804) 378-0270
                                        SERVICE ADVISOR: 25 GARY SHIVELY

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|---|
| BLACK | 16 | KIA SOUL | | KNDJN2A28G7405171 | DLTFLYR | 86866/86879 | T674 |
| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
| 01JAN22 DD | | | 17:00 14OCT21 | | | CASH | 18NOV21 |

| R.O. OPENED | READY |
|---|---|
| 09:50 14OCT21 | 11:05 18NOV21 |

LINE OPCODE TECH TYPE HOURS                         LIST    NET     TOTAL
     COUNT: 19
     CLAIM TYPE:   W
     AUTH CODE:

SUBL MUNDYS AUTO/ HEAD CLEAN ANND CHECK
        PO#1255827
                    WPK                                              (N/C)
PARTS:     0.00  LABOR:      0.00  OTHER:     0.00    TOTAL LINE A:    0.00
           ************************************************
B CUSTOMER STATES CHECK-ENGINE LIGHT IS ON, SCANNER OR LAP-TOP
       CONNECTION FOR CODES AND DIAGNOSTICS-$130.00
     SLA SEE LINE A
        108 KIAFULLTEAM,ALLTECHS LIC#: K/T
                    CPK                              0.00       0.00
PARTS:     0.00  LABOR:      0.00  OTHER:     0.00    TOTAL LINE B:    0.00
           ************************************************
C PI2002A ECU UPDATE (KSDS-1.6L GDI)
CAUSE: RECALL
     200003R0 (PI2002A)1.6L GDI KSDS ECM Logic
        Improvement
        108 KIAFULLTEAM,ALLTECHS LIC#: K/T
                    WPK                                              (N/C)
     FC: N99
     PART#: 391102BSH6
     COUNT: 0
     CLAIM TYPE:   R
     AUTH CODE:

PARTS:     0.00  LABOR:      0.00  OTHER:     0.00    TOTAL LINE C:    0.00
           ************************************************
D SC176 ECU UPGRADE (COP LOGIC)
CAUSE: RECALL
     191026R0 SC176 ECU LOGIC IMPROVEMENT ONLY
        108 KIAFULLTEAM,ALLTECHS LIC#: K/T

| STATEMENT OF DISCLAIMER | | DESCRIPTION | TOTALS |
|---|---|---|---|
| The factory warranty constitutes all of the warranties with respect to the sale of | | LABOR AMOUNT | |
| this item/items. The Seller hereby expressly disclaims all warranties either | | PARTS AMOUNT | |
| express or implied, including any implied warranty of merchantability or fitness | | GAS, OIL, LUBE | |
| for a particular purpose. Seller neither assumes nor authorizes any other person | | SUBLET AMOUNT | |
| to assume for it any liability in connection with the sale of this item/items. | | MISC. CHARGES | |
| **I HEREBY ACKNOWLEDGE RECEIPT OF A COPY HEREOF.** | | TOTAL CHARGES | |
| | | LESS INSURANCE | |
| | | SALES TAX | |
| CUSTOMER SIGNATURE | | **PLEASE PAY THIS AMOUNT** | |

Copyright 2014 CDK Global, LLC   SERVICE INVOICE TYPE 3   SI3C  HMBAND

**CUSTOMER COPY**
EXHIBIT B

CUSTOMER #: G7405171

1255827

HymanBros.

(804) 378-3000

*INVOICE*

TOLL FREE
(800) 447-3623

MATTHEW COUNTRYMAN

DUPLICATE 1
PAGE 3

P.O. BOX 837
11841 MIDLOTHIAN TPK.
MIDLOTHIAN, VA 23113

FAX
(804) 378-0249
(804) 378-0270

RICHMOND, VA 23225
HOME:706-767-3747 CONT:706-767-3747
BUS:         CELL:706-767-3747

SERVICE ADVISOR: 25 GARY SHIVELY

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|---|
| BLACK | 16 | KIA SOUL | | KNDJN2A28G7405171 | DLTFLYR | 86866/86879 | T674 |
| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | | PO NO. | RATE | PAYMENT | INV. DATE |
| 01JAN22 DI | | | 17:00 14OCT21 | | | | CASH | 18NOV21 |
| R.O. OPENED | | READY | | | | | | |
| 09:50 14OCT21 | | 11:05 18NOV21 | | | | | | |

| LINE | OPCODE | TECH | TYPE | HOURS | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | WPK | | | | | | (N/C) |

FC: N99
PART#: 391102BSH5
COUNT: 0
CLAIM TYPE: R
AUTH CODE:

PARTS:     0.00  LABOR:     0.00  OTHER:     0.00   TOTAL LINE D:        0.00
**********************************************
E PERFORM WALK AROUND VISUAL INSPECTION AND FREE MULTI POINT VEHICLE
    INSPECTION Promise Time _____, Transportation offered Y
    / N, Time of delivery
CAUSE: KIA 360 MULTI-POINT INSPECTION
    360 PERFORM WALK AROUND VISUAL INSPECTION AND
    FREE MULTI POINT VEHICLE INSPECTION Promise
    Time _____, Transportation offered Y
    / N, Time of delivery
    108 KIAFULLTEAM,ALLTECHS LIC#: K/T
        IK                                                    (N/C)
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00   TOTAL LINE E:        0.00
**********************************************
                    AS PART OF YOUR SERVICE EXPERIENCE, THE
                    MANUFACTURER WILL BE SENDING YOU A SURVEY
                    TO RATE OUR PERFORMANCE. PLEASE TAKE THE TIME
                    TO COMPLETE THE SURVEY. WE STRIVE RO MAKE
                    EVERY SERVICE EXPERIENCE TRULY EXCEPTIONAL!
                    THANKS, YOUR SERVICE TEAM.
                    METHOD_____CASHIER_____

## STATEMENT OF DISCLAIMER

The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability In connection with the sale of this item/items.
**I HEREBY ACKNOWLEDGE RECEIPT OF A COPY HEREOF.**

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | |
| SALES TAX | 0.00 |
| **PLEASE PAY THIS AMOUNT** | 0.00 |

Copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 2  DOC  HM20NG

**CUSTOMER COPY**
14
EXHIBIT B

CUSTOMER #: G7405171                    1264516              **HymanBros.**

MATTHEW COUNTRYMAN                    *INVOICE*              

RICHMOND, VA 23225                     PAGE 1               (804) 378 3000
                                                            TOLL FREE
                                                            (800) 447-3623
HOME:706-767-3747 CONT:706-767-3747                         P.O. BOX 637
BUS:              CELL:706-767-3747    SERVICE ADVISOR: 4589 Alex Jackson   11841 MIDLOTHIAN TPK.   FAX
                                                            MIDLOTHIAN, VA 23113   (804) 378-0249
                                                                                   (804) 378-0270

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|-----------|---|-----|---------|------------------|-----|
| BLACK | 16 | KIA SOUL | | KNDJN2A28G7405171 | DLTFLYR | 92011/92012 | T017 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|-----------|-----------|----------|--------|------|---------|-----------|
| 01JAN22 DD | | | 17:00 29APR22 | | | CASH | 17MAY22 |

| R.O. OPENED | READY |
|-------------|-------|
| 07:51 09FEB22 | 16:56 17MAY22 |

LINE OPCODE TECH TYPE HOURS                         LIST      NET     TOTAL
A OIL & FILTER CHANGE, KIA VEHICLES, TOP OFF ALL FLUIDS, CHECK AND
     ADJUST TIRE PRESSURES
CAUSE: OIL & FILTER CHANGE, KIA VEHICLES
     SLA SEE LINE A
        108 KIAFULLTEAM,ALLTECHS LIC#: K/T
          IK                                                          (N/C)
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00   TOTAL LINE A:     0.00
        ******************************************************
B -- THE CUSTOMER STATES THE VEHICLE WILL STALL ON THEM WITHOUT
     WARNING; IT HAS DIFFICULTY ACCELERATING, PARTICULARLY FROM 2nd
     TO 3rd GEAR; AND THE CHECK ENGINELIGHT KEEPS COMING ON
     INTERMITTENTLY, EVEN THOUGH THE ENGINE WAS REPLACED ON REPAIR
     ORDER #1255827 (11/18/21 @ 86,879 MILES) - SEE REPAIR ORDER
     HISTORY -- PLEASE CHECK & ADVISE --
CAUSE: BEARING FAILURE NOT WORKING TO SPECS
     21101R1G SHORT BLOCK/SHORT ENGINE ASSY, R&R
        (GAMMA 1.6L)
        108 KIAFULLTEAM,ALLTECHS LIC#: K/T
          WPK
     1 270N2-2BU01R REMAN SHORT ENGINE                                (N/C)
     10 22321-2B700 BOLT-CYLINDER HEAD                                (N/C)
     10 22322-2B701 WASHER-CYLINDER HEAD                              (N/C)
     1 21350-2B703 COVER ASSY-TIMING CH                               (N/C)
     1 24410 2B700 TENSIONER ASSY-TIMIN                               (N/C)
     1 24350-2B600 CVVT ASSY                                          (N/C)
     1 24370-2B610 CVVT ASSY-EXH                                      (N/C)
     2 24361-25000 BOLT-CVVT                                          (N/C)
     4 35312-2G750 INJECTOR O-RING KIT                                (N/C)
     1 35305-2B000 FUEL TUBE ASSY                                     (N/C)
     4 11403-08406K BOLT                                              (N/C)
     2 11405-06206K BOLT-FLANGE                                       (N/C)
     4 35313-2B110 WASHER-INJECTOR BRKT                               (N/C)
     4 35309-2B110 CLIP-FUEL INJECTOR                                 (N/C)
     2 24355-2B700 OIL CONTROL VALVE AS                               (N/C)

**STATEMENT OF DISCLAIMER**
The factory warranty constitutes all of the warranties with respect to the sale of
this item/items. The Seller hereby expressly disclaims all warranties either
express or implied, including any implied warranty of merchantability or fitness
for a particular purpose. Seller neither assumes nor authorizes any other person
to assume for it any liability in connection with the sale of this item/items.
**I HEREBY ACKNOWLEDGE RECEIPT OF A COPY HEREOF.**

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

Copyright 2014 CDK Global, LLC   SERVICE INVOICE TYPE 2 - SJC - IMAGING

**CUSTOMER COPY**

EXHIBIT C

CUSTOMER #: G7405171                    1264516          **HymanBros.**



MATTHEW COUNTRYMAN               *INVOICE*                        (804) 378 3000
                                                                 TOLL FREE
                                                                 (800) 447 3623
                                    PAGE 2        P.O. BOX 637
HOME:706-767 3747  CONT:706-767 3747            11841 MIDLOTHIAN TPK.    FAX
                                                MIDLOTHIAN, VA 23113    (804) 378 0249
BUS:              CELL:706-767 3747   SERVICE ADVISOR: 4589 Alex Jackson   (804) 378 0270

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
| BLACK | 16 | KIA SOUL | KNDJN2A28G7405171 | DLTFLYR | 92011/92012 | T017 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 01JAN22 DD | | | 17:00 29APR22 | | | CASH | 17MAY22 |

| R.O. OPENED | READY |
|-------------|-------|
| 07:51 09FEB22 | 16:56 17MAY22 |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|---|------|-----|-------|
| | 10 | 22322-2B701 | WASHER-CYLINDER HEAD | | | | | (N/C) |
| | 1 | 28310 | 2B600 | MANIFOLD ASSY INTAKE | | | | (N/C) |
| | 1 | 20910-2BB03 | GASKET KIT-ENGINE OV | | | | | (N/C) |
| | 1 | 22100 | 2B702 | HEAD ASSY CYLINDER | | | | (N/C) |
| | 2 | UM016-CH123 | THREEBOND 1217H (6) | | | | | (N/C) |
| | 2 | 5084S | BRK CLEANER | | | | | (N/C) |
| | 2 | 22226-2B307 | TAPPET | | | | | (N/C) |
| | 1 | 22226 | 2B308 | TAPPET | | | | (N/C) |
| | 2 | 22226 | 2B309 | TAPPET | | | | (N/C) |
| | 1 | 22226 | 2B311 | TAPPET | | | | (N/C) |
| | 3 | 22226 | 2B312 | TAPPET | | | | (N/C) |
| | 3 | 22226 | 2B314 | TAPPET | | | | (N/C) |
| | 1 | 22226-2B315 | TAPPET | | | | | (N/C) |
| | 1 | 26300-35505 | FILTER ASSY ENGINE O | | | | | (N/C) |
| | 4 | 3700 | 5W-30 | FULL SYNTHETIC | | | | (N/C) |
| | 1 | UM040-CH012 | ANTIFREEZ/COOLANT(6) | | | | | (N/C) |
| 21101R20 | | adjust valves short block | | | | | | |
| | | 108 | KIAFULLTEAM,ALLTECHS LIC#: K/T | | | | | |
| | | WPK | | | | | | (N/C) |
| 21101R22 | | COMBO: Cyl. Head Overhaul Short Block | | | | | | |
| | | 108 | KIAFULLTEAM,ALLTECHS LIC#: K/T | | | | | |
| | | WPK | | | | | | (N/C) |

```
FC:
PART#: 230602B002
COUNT: 31
CLAIM TYPE:  W
AUTH CODE:
```

SUBL MUNDY'S PRECISION AUTOMOTIVE/ VALVE REPLACMENT
                                        WPK                                    (N/C)
PARTS:       0.00  LABOR:       0.00  OTHER:    0.00   TOTAL LINE B:      0.00
RAN DIAG, FOUND METAL THROUGH OUT ENGINE FROM LOOKS LIKE BEARING
FAILURE, DISABLED ENGINE, CENT CYLINDER HEAD OUT TO HAVE CHECKED, HAD
TO MUCH SCORING ON BEARING SEATS, HAD TO REPLACE CYLINDER HEAD AND

**STATEMENT OF DISCLAIMER**
The factory warranty constitutes all of the warranties with respect to the sale of
this item/items. The Seller hereby expressly disclaims all warranties either
express or implied, including any implied warranty of merchantability or fitness
for a particular purpose. Seller neither assumes nor authorizes any other person
to assume for it any liability in connection with the sale of this item/items.
**I HEREBY ACKNOWLEDGE RECEIPT OF A COPY HEREOF.**

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

Copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 2 - S/2C  IMAGING

**CUSTOMER COPY**

EXHIBIT C

CUSTOMER #: G7405171                    1264516          **HymanBros.**

                                        *INVOICE*          

                                                         (804) 378-3000
                                                         TOLL FREE
MATTHEW COUNTRYMAN                                        (800) 447 3623
�these blocks redacted
RICHMOND, VA 23225                      PAGE 3           P.O. BOX 637
HOME:706-767 3747  CONT:706 767 3747                    11841 MIDLOTHIAN TPK.   FAX
                                                        MIDLOTHIAN, VA 23113    (804) 378-0249
BUS:               CELL:706-767-3747    SERVICE ADVISOR: 4589 Alex Jackson   (804) 378-0270

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|--|-----|---------|------------------|-----|
| BLACK | 16 | KIA SOUL | | KNDJN2A28G7405171 | DLTFLYR | 92011/92012 | T017 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 01JAN22 DD | | | 17:00 29APR22 | | | CASH | 17MAY22 |

| R.O. OPENED | READY | | | | | | |
|-------------|-------|--|--|--|--|--|--|
| 07:51 09FEB22 | 16:56 17MAY22 | | | | | | |

LINE OPCODE TECH TYPE HOURS                              LIST      NET      TOTAL
ADJUST VALVES, WAS NECESSARY TO REPLACE CVVT'S, TIMING/OIL PUMP COVER,
AND INTAKE MANIFOLD DUE TO SO MUCH METAL IN ENGINE, CLEANED AND
TRANSFERRED REMAINING USABLE PARTS, FILLED WITH FULL SYTH OIL, CLEARED
AND RESET ECM, ROAD TEST, NO FURTHER ISSUES FOUND AT THIS TIME *** THE
VEHICLE HAS NOT BEEN PROPERLY TEST-DRIVEN DUE TO THE CONDITION OF THE
PF INNER TIE ROD (EXCESSIVE PLAY - FAILS VIRGINIA STATE INSPECTION
REPLACEMENT CURRENTLY DECLINED BY THE CUSTOMER) ***
       *************************************************
C PERFORM WALK AROUND VISUAL INSPECTION AND FREE MULTI POINT VEHICLE
       INSPECTION Promise Time _____, Transportation offered Y
       / N, Time of delivery
CAUSE: KIA 360 MULTI POINT INSPECTION
   360 PERFORM WALK AROUND VISUAL INSPECTION AND
       FREE MULTI POINT VEHICLE INSPECTION Promise
       Time _____, Transportation offered Y
       / N, Time of delivery
           108 KIAFULLTEAM,ALLTE CH SLIC#: K/T
           IK                                                    (N/C)
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00   TOTAL LINE C:   0.00
       *************************************************
D** REPLACED CAT CONVERTOR UNDER A ONE TIME GOODWILL
CAUSE: WARNING LIGHT ON
   28511R1G EXHAUST MANIFOLD/GASKET (GAMMA 1.6L),
       R&R
           108 KIAFULLTEAM,ALLTECHS LIC#: K/T
           WPK                                                   (N/C)
   1 28510-2BEF1 MANIFOLD CATALYTIC A                            (N/C)
   1 28751 3S000 GASKET EXHAUST PIPE                             (N/C)
   FC:
   PART#: 28510-2BEF1
   COUNT: 1
   CLAIM TYPE:   G
   AUTH CODE:

---

### STATEMENT OF DISCLAIMER

The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items. **I HEREBY ACKNOWLEDGE RECEIPT OF A COPY HEREOF.**

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

Copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 2 - SI2C  IMAGING

EXHIBIT C

CUSTOMER #: G7405171                    1264516            **HymanBros.** 

                                        *INVOICE*                                (804) 378 3000
                                                            NISSAN  KIA         TOLL FREE
M                          N                                                    (800) 447 3623
                                                          P.O. BOX 637
RICHMOND, VA 23225                        PAGE 4         11841 MIDLOTHIAN TPK.    FAX
HOME:706-767-3747 CONT:706-767-3747                     MIDLOTHIAN, VA 23113   (804) 378-0249
BUS:           CELL:706-767-3747    SERVICE·ADVISOR: 4589 Alex Jackson        (804) 378 0270

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| BLACK | 16 | KIA SOUL | KNDJN2A28G7405171 | DLTFLYR | 92011/92012 | T017 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 01JAN22 DD | | | 17:00 29APR22 | | | CASH | 17MAY22 |

| R.O. OPENED | READY |
|---|---|
| 07:51 09FEB22 | 16:56 17MAY22 |

| LINE OPCODE TECH TYPE HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|

PARTS:      0.00  LABOR:      0.00  OTHER:      0.00   TOTAL LINE D:      0.00
   KIA IS REPLACING MANIFOLD/CONVERTER ASSEMBLY AS A ONE TIME GOODWILL
             ****************************************************
E** VIRGINIA STATE INSPECTION
CAUSE: -- REJECTED FOR THE FOLLOWING: PASSENGER'S SIDE HEADLAMP
       ASSEMBLY (BROKEN AT THE MOUNT); PASSENGER'S FRONT TIRE (UNDER
       2/32 TREAD); PASSENGER'S FRONT INNER TIE ROD (EXCESSIVE PLAY);
       DRIVER'S SIDE BUMPER REFLECTOR (MISSING & BROKEN) --
   VSI VIRGINIA STATE INSPECTION
       108 KIAFULLTEAM,ALLTECHS LIC#: K/T
           CPK                                        20.00      20.00
PARTS:      0.00  LABOR:     20.00  OTHER:      0.00   TOTAL LINE E:     20.00
             ****************************************************
                    AS PART OF YOUR SERVICE EXPERIENCE, THE
                    MANUFACTURER WILL BE SENDING YOU A SURVEY
                    TO RATE OUR PERFORMANCE. PLEASE TAKE THE TIME
                    TO COMPLETE THE SURVEY. WE STRIVE RO MAKE
                    EVERY SERVICE EXPERIENCE TRULY EXCEPTIONAL!
                    THANKS, YOUR SERVICE TEAM.
                    METHOD_____CASHIER_____  _____

| STATEMENT OF DISCLAIMER | | DESCRIPTION | TOTALS |
|---|---|---|---|
| The factory warranty constitutes all of the warranties with respect to the sale of | | LABOR AMOUNT | 20.00 |
| this item/items. The Seller hereby expressly disclaims all warranties either | | PARTS AMOUNT | 0.00 |
| express or implied, including any implied warranty of merchantability or fitness | | GAS, OIL, LUBE | 0.00 |
| for a particular purpose. Seller neither assumes nor authorizes any other person | | SUBLET AMOUNT | 0.00 |
| to assume for it any liability in connection with the sale of this item/items. | | MISC. CHARGES | 0.00 |
| **I HEREBY ACKNOWLEDGE RECEIPT OF A COPY HEREOF.** | | TOTAL CHARGES | 20.00 |
| | | LESS INSURANCE | 0.00 |
| CUSTOMER SIGNATURE | | SALES TAX | 0.00 |
| | | **PLEASE PAY THIS AMOUNT** | 20.00 |

Copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 2 - S2C - IMAGING

CUSTOMER COPY
EXHIBIT C

 **Finance**

April 14, 2022

PERSONAL and CONFIDENTIAL

SARAH COUNTRYMAN

RICHMOND, VA 23225

Re: Account Number: ▮▮▮▮▮4498

Dear SARAH COUNTRYMAN:

Enclosed is a copy of the account document, which you recently requested.

If you have any questions, please contact us at (866) 331-5632.

Kia Finance America

| Effective Date | Description | Principal Balance | Transaction Amount | Check # | Due Date | Days Past Due | Principal | Interest | Late Fee | NSF Fee | Other Fees | Late Fee Bal | NSF Fee Bal | Other Fee Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2022 | Payment Applied | 2720.03 | 388.62 | | 04/02/2022 | -14 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/20/2022 | Payment Applied | 3108.65 | 388.62 | | 02/02/2022 | -13 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/26/2021 | Payment Applied | 3497.27 | 388.62 | | 12/02/2021 | -6 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/30/2021 | Payment Applied | 3885.89 | 388.62 | | 10/02/2021 | -2 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/19/2021 | Payment Applied | 4274.51 | 388.62 | | 09/02/2021 | -14 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/22/2021 | Payment Applied | 4663.13 | 388.62 | | 08/02/2021 | -11 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/02/2021 | Payment Applied | 5051.75 | 388.62 | | 07/02/2021 | 0 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/14/2021 | Payment Applied | 5440.37 | 388.62 | | 06/02/2021 | -19 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/13/2021 | Payment Applied | 5828.99 | 388.62 | | 05/02/2021 | -19 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/23/2021 | Payment Applied | 6217.61 | 388.62 | | 04/02/2021 | -10 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/23/2021 | Payment Applied | 6606.23 | 388.62 | | 03/02/2021 | -7 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/22/2021 | Payment Applied | 6994.85 | 388.62 | | 02/02/2021 | -11 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/01/2021 | Payment Applied | 7383.47 | 388.62 | | 01/02/2021 | -1 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/30/2020 | Payment Applied | 7772.09 | 388.62 | | 12/02/2020 | -2 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/31/2020 | Payment Applied | 8160.71 | 388.62 | | 11/02/2020 | -2 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/30/2020 | Payment Applied | 8549.33 | 388.62 | | 10/02/2020 | -2 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/31/2020 | Payment Applied | 8937.95 | 388.62 | | 09/02/2020 | -2 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/31/2020 | Payment Applied | 9326.57 | 388.62 | | 08/02/2020 | -2 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/02/2020 | Payment Applied | 9715.19 | 388.62 | | 07/02/2020 | 0 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/04/2020 | Payment Applied | 10103.81 | 19.43 | | 06/02/2020 | 0 | 0.00 | 0.00 | 19.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/04/2020 | Payment Applied | 10103.81 | 19.43 | | 06/02/2020 | 0 | 0.00 | 0.00 | 19.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/04/2020 | Payment Applied | 10103.81 | 19.43 | | 04/02/2020 | 0 | 0.00 | 0.00 | 19.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/04/2020 | Payment Applied | 10103.81 | 19.43 | | 02/02/2020 | 0 | 0.00 | 0.00 | 19.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/04/2020 | Payment Applied | 10103.81 | 30.00 | | 08/17/2018 | 0 | 0.00 | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/04/2020 | Payment Applied | 10103.81 | 30.00 | | 06/16/2017 | 0 | 0.00 | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/04/2020 | Payment Applied | 10103.81 | 388.62 | | 06/02/2020 | 2 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

EXHIBIT D

| Effective Date | Description | Principal Balance | Transaction Amount | Check # | Due Date | Days Past Due | Principal | Interest | Late Fee | NSF Fee | Other Fees | Late Fee Bal | NSF Fee Bal | Other Fee Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/04/2020 | Payment Applied | 10492.43 | 388.62 | | 05/02/2020 | 33 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/04/2020 | Payment Applied | 10881.05 | 388.62 | | 04/02/2020 | 63 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/04/2020 | Payment Applied | 11269.67 | 281.96 | | 03/02/2020 | 94 | 281.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/12/2020 | Payment Applied | 11551.63 | 106.66 | | 03/02/2020 | 94 | 106.66 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/12/2020 | Payment Applied | 11658.29 | 388.62 | | 02/02/2020 | 39 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/12/2020 | Payment Applied | 12046.91 | 388.62 | | 01/02/2020 | 70 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/12/2020 | Payment Applied | 12435.53 | 16.10 | | 12/02/2019 | 21 | 16.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/23/2019 | Payment Applied | 0.00 | 19.43 | 114733488 | 01/02/2020 | 0 | 0.00 | 0.00 | 19.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/23/2019 | Payment Applied | 0.00 | 19.43 | 114733488 | 01/02/2020 | 0 | 0.00 | 0.00 | 19.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/23/2019 | Payment Applied | 12451.63 | 372.52 | 114733488 | 12/02/2019 | 21 | 372.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/23/2019 | Payment Applied | 12824.15 | 388.62 | 114733488 | 11/02/2019 | 51 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/04/2019 | Payment Applied | 13212.77 | 388.62 | 112178385 | 10/02/2019 | 2 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/04/2019 | Payment Applied | 13601.39 | 18.05 | 112178385 | 09/02/2019 | 32 | 18.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/16/2019 | Payment Applied | 0.00 | 19.43 | 111599414 | 11/02/2019 | 0 | 0.00 | 0.00 | 19.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/16/2019 | Payment Applied | 13619.44 | 370.57 | 111599414 | 09/02/2019 | 32 | 370.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/04/2019 | Payment Applied | 13990.01 | 344.07 | 110269804 | 08/02/2019 | 2 | 344.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/16/2019 | Payment Applied | 0.00 | 17.40 | 109713612 | 08/02/2019 | 0 | 0.00 | 0.00 | 17.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/16/2019 | Payment Applied | 14334.08 | 44.55 | 109713612 | 08/02/2019 | 2 | 44.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/16/2019 | Payment Applied | 14378.63 | 348.05 | 109713612 | 07/02/2019 | 14 | 348.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/03/2019 | Payment Applied | 0.00 | 19.43 | 109313342 | 08/02/2019 | 0 | 0.00 | 0.00 | 19.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/03/2019 | Payment Applied | 14726.68 | 40.57 | 109313342 | 07/02/2019 | 14 | 40.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/03/2019 | Payment Applied | 14767.25 | 388.62 | 109313342 | 06/02/2019 | 31 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/18/2019 | Payment Applied | 15155.87 | 388.62 | 107027967 | 05/02/2019 | -14 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/15/2019 | Payment Applied | 15544.49 | 388.62 | 106028172 | 04/02/2019 | -18 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/15/2019 | Payment Applied | 15933.11 | 388.62 | 105100471 | 03/02/2019 | -15 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/02/2019 | Payment Applied | 16321.73 | 388.62 | 104684266 | 02/02/2019 | 0 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

EXHIBIT D

| Effective Date | Description | Principal Balance | Transaction Amount | Check # | Due Date | Days Past Due | Principal | Interest | Late Fee | NSF Fee | Other Fees | Late Fee Bal | NSF Fee Bal | Other Fee Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/15/2018 | Payment Applied | 16710.35 | 388.62 | 103220027 | 01/02/2019 | -18 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/14/2018 | Payment Applied | 17098.97 | 388.62 | 102243489 | 12/02/2018 | -18 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/15/2018 | Payment Applied | 17487.59 | 388.62 | 101368032 | 11/02/2018 | -16 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/18/2018 | Payment Applied | 17876.21 | 388.62 | 100535437 | 10/02/2018 | -14 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/20/2018 | Payment Applied | 18264.83 | 388.62 | 99670195 | 09/02/2018 | -13 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/19/2018 | Payment Applied | 18653.45 | 388.62 | 98703922 | 08/02/2018 | -14 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/20/2018 | Payment Applied | 19042.07 | 388.62 | 97804920 | 07/02/2018 | -12 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/28/2018 | Payment Applied | 19430.69 | 388.62 | 97082071 | 06/02/2018 | -5 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/30/2018 | Payment Applied | 19819.31 | 388.62 | 96224158 | 05/02/2018 | -2 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/30/2018 | Payment Applied | 20207.93 | 19.43 | 96224158 | 04/02/2018 | 28 | 19.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/16/2018 | Payment Applied | 0.00 | 19.43 | 95792777 | 05/02/2018 | 0 | 0.00 | 0.00 | 19.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/16/2018 | Payment Applied | 20227.36 | 369.19 | 95792777 | 04/02/2018 | 28 | 369.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/16/2018 | Payment Applied | 20596.55 | 19.43 | 95792777 | 03/02/2018 | 45 | 19.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/02/2018 | Payment Applied | 0.00 | 19.43 | 95361980 | 04/02/2018 | 0 | 0.00 | 0.00 | 19.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/02/2018 | Payment Applied | 20615.98 | 369.19 | 95361980 | 03/02/2018 | 45 | 369.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/26/2018 | Payment Applied | 0.00 | 19.43 | 93246740 | 02/02/2018 | 0 | 0.00 | 0.00 | 19.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/26/2018 | Payment Applied | 0.00 | 19.43 | 93246740 | 01/02/2018 | 0 | 0.00 | 0.00 | 19.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/26/2018 | Payment Applied | 20985.17 | 388.62 | 93246740 | 02/02/2018 | -7 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/26/2018 | Payment Applied | 21373.79 | 388.62 | 93246740 | 01/02/2018 | 24 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/26/2018 | Payment Applied | 21762.41 | 388.62 | 93246740 | 12/02/2017 | 55 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/26/2018 | Payment Applied | 22151.03 | 38.86 | 93246740 | 11/02/2017 | 85 | 38.86 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/15/2017 | Payment Applied | 0.00 | 19.43 | 90980061 | 11/02/2017 | 0 | 0.00 | 0.00 | 19.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/15/2017 | Payment Applied | 0.00 | 19.43 | 90980061 | 12/02/2017 | 0 | 0.00 | 0.00 | 19.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/15/2017 | Payment Applied | 22189.89 | 349.76 | 90980061 | 11/02/2017 | 85 | 349.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/15/2017 | Payment Applied | 22539.65 | 388.62 | 90980061 | 10/02/2017 | 44 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/15/2017 | Payment Applied | 22928.27 | 208.05 | 90980061 | 09/02/2017 | 74 | 208.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

EXHIBIT D

| Effective Date | Description | Principal Balance | Transaction Amount | Check # | Due Date | Days Past Due | Principal | Interest | Late Fee | NSF Fee | Other Fees | Late Fee Bal | NSF Fee Bal | Other Fee Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/13/2017 | Payment Applied | 0.00 | 19.43 | 88963277 | 10/02/2017 | 0 | 0.00 | 0.00 | 19.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/13/2017 | Payment Applied | 23136.32 | 180.57 | 88963277 | 09/02/2017 | 74 | 180.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/09/2017 | Payment Applied | 23316.89 | 281.44 | 87887043 | 08/02/2017 | 7 | 281.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/01/2017 | Payment Applied | 0.00 | 8.25 | 87619764 | 08/02/2017 | 0 | 0.00 | 0.00 | 8.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/01/2017 | Payment Applied | 23598.33 | 107.18 | 87619764 | 08/02/2017 | 7 | 107.18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/01/2017 | Payment Applied | 23705.51 | 165.02 | 87619764 | 07/02/2017 | 30 | 165.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/12/2017 | Payment Applied | 0.00 | 13.16 | 86999510 | 07/02/2017 | 0 | 0.00 | 0.00 | 13.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/12/2017 | Payment Applied | 23870.53 | 223.60 | 86999510 | 07/02/2017 | 30 | 223.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/12/2017 | Payment Applied | 24094.13 | 263.24 | 86999510 | 06/02/2017 | 40 | 263.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/14/2017 | Payment Reversal | 0.00 | -13.16 | 86114975 | 07/02/2017 | 0 | 0.00 | 0.00 | -13.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/14/2017 | Payment Applied | 0.00 | 13.16 | 86114975 | 07/02/2017 | 0 | 0.00 | 0.00 | 13.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/04/2017 | Payment Applied | 24357.37 | 125.00 | 85807014 | 06/02/2017 | 40 | 125.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/02/2017 | Payment Applied | 24482.37 | 0.38 | 84780081 | 06/02/2017 | 40 | 0.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/02/2017 | Payment Applied | 24482.75 | 388.62 | 84780081 | 05/02/2017 | 0 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/22/2016 | Payment Applied | 24871.37 | 388.62 | ######## | 04/02/2017 | -101 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/22/2016 | Payment Applied | 25259.99 | 388.62 | ######## | 03/02/2017 | -70 | 388.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

EXHIBIT D